**No. 66457.**—Morganite, Inc. *v.* United States, protest 61/3989 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of carbon powder similar in all material respects to that the subject of *Morganite, Inc.* v. *United States* (42 C.C.P.A. 207, C.A.D. 595), the claim of the plaintiff was sustained.

**No. 66458.**—James Betesh Import Co. *v.* United States, protest 61/5376 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of earthenware eggcups similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (46 Cust. Ct. 8, C.D. 2226), the claim of the plaintiff was sustained.